# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0764
Lower Tribunal No. 2022-CA-005248

_____

NANCY LEE BUCKINGHAM,

Appellant,

v.

BANK OF AMERICA, N.A.,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Keith R. Kyle, Judge.

December 30, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and WHITE, JJ., concur.


Blake J. Fredrickson, of Fredrickson Law Group, P.A., Tampa, for Appellant.

Adam A. Diaz and Kathleen Achille, of Diaz Anselmo & Associates P.A., Fort Lauderdale, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED